UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____-CIV-_____/_____

ABRAHAM HARRAR, an individual,

      Plaintiff,

v.

CERTIFIED FOOT & ANKLE SPECIALISTS LLC,
a Florida Limited Liability Company, and
MULTI-SPECIALTY PHYSICIAN SERVICES LLC,
a Florida Limited Liability Company,

      Defendants.

_____/

## COMPLAINT

Plaintiff, ABRAHAM HARRAR (hereinafter referred to as "Plaintiff" and "HARRAR"), by and through undersigned counsel, hereby sues Defendants, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC (hereinafter collectively referred to as "Defendants" and "CERTIFIED FOOT & ANKLE SPECIALISTS") and HARRAR this action against Defendants for alleged religious discrimination and retaliation in violation of Title VII of the Civil Rights Act, 42 U.S.C. §2000 *et seq.*, and the Florida Civil Rights Act (FCRA), Florida Statutes §760.01 *et seq*.

## JURISDICTION AND VENUE

1.     Jurisdiction is conferred on this Court by 28 U.S.C. §§1331, 1343, and 1367.

2.     Defendants, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC's, officers where HARRAR was employed between October 2020 and February 2021 are located in, *inter alia*, Broward and Palm Beach

County, Florida within the jurisdiction of the United States District Court for the Southern District of Florida, West Palm Beach Division.

## PARTIES

3.      At all times material to this action, HARRAR has been a citizen of the State of Florida, is *sui juris*., resided in Miami-Dade County, Florida, and is an individual whose religion is Jewish.

4.      Defendants, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, have at all times material to this action owned and managed a medical practice specializing in podiatry at multiple locations including, *inter alia*, in Broward and Palm Beach County, Florida.

5.      At all times material to this Complaint, Defendants, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, directly or indirectly, acted in the interest of an employer toward HARRAR, including without limitation directly or indirectly controlling the terms of employment and compensation of Plaintiff. Alternately, Defendants, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, and each of their respective divisions, subsidiaries or affiliates, and parent entities, however constituted, were joint employers of HARRAR because each, respective division, subsidiary, or affiliate acted directly or indirectly in the interest of the other in relation to Plaintiff.  As a second alternative, Defendants, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, and each of their divisions, subsidiaries or affiliates, and parent entities, however constituted, were joint employers of HARRAR because they commonly controlled the terms of compensation and employment of Plaintiff.  As a final alternative, Defendants, CERTIFIED FOOT & ANKLE

SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, and each of their divisions, subsidiaries or affiliates, and parent entities, however constituted, directly or indirectly acted in the interest of an employer toward HARRAR all material times to this Complaint, including without limitation directly or indirectly controlling the terms of employment and compensation of Plaintiff.

6.      At all times material to this Complaint, Defendants, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, individually and/or collectively, were engaged in an industry affecting commerce and had Fifteen (15) or more employees for each working day in each of Twenty (20) or more weeks in the current or preceding calendar year.

## GENERAL ALLEGATIONS

7.      In October 2020, CERTIFIED FOOT & ANKLE SPECIALISTS hired HARRAR as a Vascular Ultrasound Sonographer based upon a regular rate of $36.00 per hour.

8.      Between October 2020 and February 2021, HARRAR satisfactorily performed his duties as a Vascular Ultrasound Sonographer for CERTIFIED FOOT & ANKLE SPECIALISTS while working at Defendants' Boca Raton, Coral Springs, Fort Lauderdale, West Palm Beach, Boynton Beach, and Palm City office locations.

9.      Throughout the course of HARRAR's employment with CERTIFIED FOOT & ANKLE SPECIALISTS between October 2020 and February 2021, Defendants' Supervisor, Juliette Arouh, frequently made disparaging statements about Jews—including but not limited to, by way of example, Arouh stating to HARRAR:  "Of course it had to be a Jew"; "Ugh those Jews are all the same"; "They all have that same stupid face"; "Oh he'll fit right in with these idiots"; "Stop being such a Jew complaining about overtime, it's fine do your reports at home"—

3

as part of Arouh subjecting HARRAR to harassment and disparate treatment because of HARRAR's religion, Jewish, and Arouh falsely accusing HARRAR of not completing a number of assigned tasks and issuing unwarranted discipline to HARRAR, which conduct by Arouh was a pretext for unlawful religious discrimination against HARRAR in violation of Title VII and the FCRA because of Plaintiff's religion, Jewish.

10.     On December 11, 2020, while at Defendants' Boca Raton location, CERTIFIED FOOT & ANKLE SPECIALISTS issued HARRAR an "Employee Disciplinary Action Form" for not showing up to work "on time" because of a purported policy requiring that HARRAR arrive fifteen (15) minutes early before a patient's scheduled appointment time, see Exhibit A, despite no such policy or rule ever being communicated to Plaintiff, which discipline HARRAR objected to.

11.     On or around January 7, 2021, HARRAR made a verbal, internal discrimination complaint to CERTIFIED FOOT & ANKLE SPECIALISTS' Human Resources Manager, Anita Lopez, about religious discrimination by Arouh against Plaintiff because of his religion, Jewish.

12.     On or around January 8, 2021, HARRAR submitted a written, internal discrimination complaint to CERTIFIED FOOT & ANKLE SPECIALISTS in an e-mail to Lopez, see Exhibit B, in follow-up to the verbal discrimination complaint HARRAR discussed with Lopez on January 7th about Arouh's discrimination against HARRAR because of his religion, Jewish.

13.     However, after HARRAR's January 7-8, 2021 internal discrimination complaints, CERTIFIED FOOT & ANKLE SPECIALISTS failed to take remedial action to address Arouh's religious discrimination against HARRAR and Arouh's unlawful harassment and discrimination against HARRAR continued.

14.     On January 22, 2021, HARRAR requested—in writing—that CERTIFIED FOOT & ANKLE SPECIALISTS add One and One-Half (1.5) hours of time worked by HARRAR into Defendants' system so that Plaintiff could be properly paid for time he had spent working from home, in response to which Anita Lopez responded on January 25, 2021 by asserting that "no employees work from home" despite HARRAR having been received permission from Arouh since October 2020 to complete work from home for, inter alia, doing reports.  See Exhibit C.

15.     On February 11, 2021, while at Defendants' Boca Raton location, CERTIFIED FOOT & ANKLE SPECIALISTS issued HARRAR another "Employee Disciplinary Action Form" which Defendants labeled as a "final written warning," see Exhibit D, and which HARRAR disagreed with as untrue and expressly objected to—for Plaintiff purportedly: (i) working overtime without approval; (ii) not showing up for work on time and remaining in the office throughout his shift; and (iii) talking disrespectfully and refusing to follow instructions from Defendants, which warning was false and a pretext for unlawful religious discrimination and retaliation against HARRAR.

16.     At approximately 2:41 p.m. on February 18, 2021, HARRAR sent a follow-up e-mail to Lopez inquiring about the status of HARRAR's January 2021 discrimination complaint against Arouh.  See Exhibit E.

17.     In the late afternoon around 5:00 p.m. on February 18, 2021 while at Defendants' Boca Raton location, CERTIFIED FOOT & ANKLE SPECIALISTS terminated HARRAR's employment for the proffered reasons as documented in Defendants' "Employee Disciplinary Action Form" signed by Arouh dated February 18, 2021, see Exhibit F, that HARRAR purportedly did not, *inter alia*, manage his schedule or turn in his paperwork properly,  which

termination notice was false and a pretext for unlawful religious discrimination and retaliation against HARRAR.

18.     CERTIFIED FOOT & ANKLE SPECIALISTS terminated HARRAR's employment in February 2021 employment because of: (a) Plaintiff's religion, Jewish; (b) Plaintiff's opposition to and complaints about Arouh's religion discrimination against HARRAR because he is Jewish; and (c) retaliation against HARRAR for Plaintiff's internal religious discrimination complaints to Defendants.

19.     CERTIFIED FOOT & ANKLE SPECIALISTS' termination of HARRAR's employment in February 2021 was for false and pretextual reasons and was both discriminatory because of HARRAR's religion, Jewish, and retaliatory against HARRAR because of Plaintiff's opposition to and complaints about Arouh's religious discrimination against HARRAR because he is Jewish, all in violation of Title VII and the FCRA.

## ADMINISTRATVIE REMEDIES

20.     On May 14, 2021, HARRAR dual filed a Charge of Discrimination against CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, CERTIFIED FOOT & ANKLE SPECIALIST with the United States Equal Employment Opportunity Commission (EEOC) and the Florida Commission on Human Relations (FCHR) alleging religious discrimination and retaliation in violation of Title VII and the FCRA.  A copy of HARRAR's EEOC Charge, Charge No. 510-2021-04240, is attached hereto as Exhibit G.

21.     On October 8, 2021 the EEOC issued a Notice of Right to Sue to HARRAR for EEOC Charge No. 510-2021-04240.  See Exhibit H.

22.     This Complaint is being timely as a matter of law within Ninety (90) days of HARRAR's receipt of the Notice of Right to Sue in connection with Charge No. 510-2021-04240.

23.     As of January 4, 2021, more than One Hundred and Eighty (180) days have passed since the filing of HARRAR's Charge of Discrimination on May 14, 2021 and the FCHR did not issue any determination concerning HARRAR's Charge.  As a result, pursuant to F.S. §760.11(18), which provides that in the event that the FCHR fails to conciliate or determine whether there is reasonable cause on any complaint under that section within 180 days of the filing of the complaint, an aggrieved person may file a civil action "as if the commission determined that there was reasonable cause," HARRAR has exhausted all administrative remedies under Florida as well as Federal law.

24.     All conditions precedent to the claims pled in this Complaint have either occurred or been waived.

## COUNT I
## RELIGIOUS DISCRIMINATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Plaintiff, ABRAHAM HARRAR, reasserts and reaffirms the allegations of Paragraphs 1 through 24 as if fully set forth herein and further states that this is an action against CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC for Religious discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.*

25.     Title VII of the Civil Rights Act of 1964, as amended, provides that it is unlawful for an employer to "discharge any individual, or otherwise to discriminate against any individual

with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's … religion ..." 42 U.S.C. §2000e-2(a)(1).

26.     At all times material to this action, Defendants, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, individually and/or collectively, had Fifteen (15) or more employees for each working day in each of Twenty (20) or more calendar weeks in the current or preceding calendar year to constitute an employer within the meaning of 42 U.S.C. §2000e(b).

27.     Between October 2020 and February 2021, HARRAR was subjected unwelcome religious harassment and disparate treatment because of his religion, Jewish, by CERTIFIED FOOT & ANKLE SPECIALISTS' Supervisor, Juliette Arouh, which conduct was continuing, severe, and pervasive and which constituted a hostile work environment in violation of 42 U.S.C. §2000e-2(a)(1).

28.     The religious harassment and disparate treatment against HARRAR between October 2020 and February 2021 was sufficiently severe and pervasive as to alter the terms, conditions and privileges of HARRAR's employment with CERTIFIED FOOT & ANKLE SPECIALISTS.

29.     CERTIFIED FOOT & ANKLE SPECIALISTS' management knew or should have known of the unlawful religious harassment against HARRAR—including but not limited to Defendants' knowledge derived from HARRAR's January 2021 internal discrimination complaints to management—but CERTIFIED FOOT & ANKLE SPECIALISTS failed to take immediate and appropriate corrective action to address the unlawful religious harassment and disparate treatment against HARRAR.

30.     CERTIFIED FOOT & ANKLE SPECIALISTS' religious harassment and disparate treatment of HARRAR was so severe and pervasive that it altered, the terms, conditions, and privileges of HARRAR'S employment with Defendants.

31.     On February 18, 2021, CERTIFIED FOOT & ANKLE SPECIALISTS terminated HARRAR's employment for one or more reasons that were false and known to be false by Defendants at the time of Plaintiff's termination.

32.     A motivating factor behind CERTIFIED FOOT & ANKLE SPECIALISTS' termination of HARRAR's employment in February 2021 was CERTIFIED FOOT & ANKLE SPECIALISTS' religious discrimination against HARRAR, in violation of 42 U.S.C. §2000e-2(a)(1).

33.     CERTIFIED FOOT & ANKLE SPECIALISTS' violations of HARRAR's rights under Title VII of the Civil Rights Act of 1964, as amended, were intentional and were done with malice and reckless disregard for HARRAR's rights as guaranteed under the laws of the United States.  As such, HARRAR is entitled to punitive damages against CERTIFIED FOOT & ANKLE SPECIALISTS pursuant to 42 U.S.C. §1981a(a)(1).

34.     HARRAR has suffered lost earnings and employment benefits, emotional distress, loss of self-esteem, and damages as a direct result of CERTIFIED FOOT & ANKLE SPECIALISTS' violations of 42 U.S.C. §2000e-2(a)(1) & (2).

35.     Pursuant to 42 U.S.C. §2000e-5(k), HARRAR is entitled to recover his reasonable attorneys' fees and costs from CERTIFIED FOOT & ANKLE SPECIALISTS.

WHEREFORE, Plaintiff, ABRAHAM HARRAR, demands judgment against Defendants, jointly and severally, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, for back pay, employment benefits, other

compensation including bonuses, compensatory damages, equitable relief including but not limited to front pay, punitive damages, injunctive relief, interest, attorney's fees, costs, expert fees and such other and further relief as this Honorable Court deems proper.

## COUNT II
## RETALIATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §2000e-3(a)

Plaintiff, ABRAHAM HARRAR, reasserts and reaffirms the allegations of Paragraphs 1 through 24 as if fully set forth herein and further states that this is an action against CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC for Retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-3.

36. Pursuant to 42 U.S.C. §2000e-3(a), "[i]t shall be an unlawful employment practice for an employer to discriminate against any of his employees …. because [the employee] has opposed any practice made an unlawful employment practice by this subchapter, or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this subchapter."

37. When HARRAR opposed, objected to, and complained about religious discrimination by Juliette Arouh—including but not necessarily limited to (i) when HARRAR objected to CERTIFIED FOOT & ANKLE SPECIALISTS' December 11, 2020 warning; (ii) HARRAR's January 7, 2021 verbal complaint; (iii) HARRAR's January 8, 2021 written complaint; (iv) HARRAR's opposition and objection to Defendants' February 11, 2021 warning; and (v) HARRAR's February 18, 2021 e-mail following up on his January 2021 complaints— HARRAR engaged in protected activity within the meaning of 42 U.S.C. §2000e-3(a).

38.     HARRAR reasonably and in good faith believed that Juliette Arouh was subjecting Plaintiff to illegal discrimination because of his religion, Jewish, when HARRAR complained to CERTIFIED FOOT & ANKLE SPECIALISTS' management in January 2021 and February 2021.

39.     The fact that HARRAR engaged in activity protected by the Title VII was a motivating factor in CERTIFIED FOOT & ANKLE SPECIALISTS' termination of Plaintiff's employment on February 18, 2021, in violation of 42 U.S.C. §2000e-3(a).

40.     CERTIFIED FOOT & ANKLE SPECIALISTS' termination of HARRAR's employment in the late afternoon of February 18, 2021—just a few hours after HARRAR's final e-mail to Lopez about the status of his internal discrimination complaint was submitted to Defendants—because of HARRAR's good faith religious discrimination complaints to CERTIFIED FOOT & ANKLE SPECIALISTS' management was unlawful retaliation against HARRAR in violation of 42 U.S.C. §2000e-3(a).

41.     CERTIFIED FOOT & ANKLE SPECIALISTS' unlawful retaliation against HARRAR was intentional and done with malice and reckless disregard for HARRAR's rights as guaranteed under Title VII.

42.     As a direct and proximate result of CERTIFIED FOOT & ANKLE SPECIALISTS' unlawful retaliation against HARRAR, Plaintiff has suffered damages and has been deprived of job-related economic benefits, all in amounts to be established at trial, including suffering lost earnings, emotional distress, loss of self-esteem, and damages as a direct result of CERTIFIED FOOT & ANKLE SPECIALISTS' violations of 42 U.S.C. §2000e-3(a).

43.     Pursuant to 42 U.S.C. §2000e-5(k) and §1988(b), HARRAR is entitled to recover his reasonable attorneys' fees and costs from CERTIFIED FOOT & ANKLE SPECIALISTS.

WHEREFORE, Plaintiff, ABRAHAM HARRAR, demands judgment against Defendants, jointly and severally, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, for back pay, employment benefits, other compensation including bonuses, compensatory damages, equitable relief including but not limited to front pay, punitive damages, injunctive relief, interest, attorney's fees, costs, expert fees and such other and further relief as this Honorable Court deems proper.

## COUNT III
## RELIGIOUS DISCRIMINATION IN VIOLATION OF
## THE FLORIDA CIVIL RIGHTS ACT

Plaintiff, ABRAHAM HARRAR, reasserts and reaffirms the allegations set forth in paragraphs 1 through 24 above and further states that this is an action against CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC for Religious discrimination in violation of Florida Statutes §760.10(1).

44.     The Florida Civil Rights Act provides that it is an unlawful employment practice for an employer "[t]o discharge . . . any individual, or otherwise to discriminate against any individual with respect to compensation, terms, conditions, or privileges of employment, because of such individual's . . . religion . . ." F.S. §760.10(1)(a).

45.     At all times material to this action, Defendants, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, individually and/or collectively, were an employer within the meaning of F.S. §760.02(7).

46.     At all times material to this action, HARRAR was an employee of CERTIFIED FOOT & ANKLE SPECIALISTS within the meaning of F.S. §760.10(1)(a).

47.     At all times material to this action, HARRAR has been an aggrieved person within the meaning of F.S. §760.02(10).

48.     Between October 2020 and February 2021, HARRAR was subjected unwelcome religious harassment and disparate treatment because of his religion, Jewish, by CERTIFIED FOOT & ANKLE SPECIALISTS' Supervisor, Juliette Arouh, which conduct was continuing, severe, and pervasive and which constituted a hostile work environment in violation of F.S. §760.10(1).

49.     The religious harassment and disparate treatment against HARRAR between October 2020 and February 2021 was sufficiently severe and pervasive as to alter the terms, conditions and privileges of HARRAR's employment with CERTIFIED FOOT & ANKLE SPECIALISTS.

50.     CERTIFIED FOOT & ANKLE SPECIALISTS' management knew or should have known of the unlawful religious harassment and disparate treatment against HARRAR— including but not limited to Defendants' knowledge derived from HARRAR's January 2021 internal discrimination complaints to management—but CERTIFIED FOOT & ANKLE SPECIALISTS failed to take immediate and appropriate corrective action to address the unlawful religious harassment and disparate treatment against HARRAR.

51.     CERTIFIED FOOT & ANKLE SPECIALISTS' religious harassment of HARRAR was so severe and pervasive that it altered, the terms, conditions, and privileges of HARRAR'S employment with Defendants.

52.     On February 18, 2021, CERTIFIED FOOT & ANKLE SPECIALISTS terminated HARRAR's employment for one or more reasons that were false and known to be false by Defendants at the time of Plaintiff's termination.

53.     A motivating factor behind CERTIFIED FOOT & ANKLE SPECIALISTS' termination of HARRAR's employment in February 2021 was discrimination because of Plaintiff's religion, Jewish, in violation of §760.10(1).

54.     CERTIFIED FOOT & ANKLE SPECIALISTS' violations of §760.10(1)(a) were intentional and were done with malice and reckless disregard for HARRAR's rights as guaranteed under the laws of the State of Florida, such that HARRAR is entitled to punitive damages against CERTIFIED FOOT & ANKLE SPECIALISTS pursuant to F.S. §760.11(5).

55.     HARRAR has suffered lost earnings, emotional distress, loss of self-esteem, and other damages as a direct result of CERTIFIED FOOT & ANKLE SPECIALISTS' violations of F.S. §760.10(1).

56.     Pursuant to F.S. §760.11(5), HARRAR is entitled to recover his reasonable attorneys' fees and costs from CERTIFIED FOOT & ANKLE SPECIALISTS as a result of Defendants' violations of the FCRA.

WHEREFORE, Plaintiff, ABRAHAM HARRAR, demands judgment against Defendants, jointly and severally, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, for back pay, employment benefits, other compensation including bonuses, compensatory damages, including, but not limited to, damages for mental anguish, loss of dignity, and any other intangible injuries, equitable relief, interest, costs, attorney's fees, expert fees and such other and further relief as the Court deems proper.

**COUNT IV**
**RETALIATION IN VIOLATION OF THE FLORIDA CIVIL RIGHTS ACT, F.S. §760.10**

Plaintiff, ABRAHAM HARRAR, reasserts and reaffirms the allegations set forth in paragraphs 1 through 24 above and further states that this is an action against CERTIFIED

FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC for Retaliation in violation of the Florida Civil Rights Act, F.S. §760.10.

57.     Pursuant to F.S. §760.10(7), it is "an unlawful employment practice for an employer … to discriminate against any person because that person has opposed any practice which is an unlawful employment practice under this section, or because that person has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this section."

58.     At all times material to this action, Defendants, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, individually and/or collectively, were an employer within the meaning of F.S. §760.02(7).

59.     At all times material to this action, HARRAR was an employee of CERTIFIED FOOT & ANKLE SPECIALISTS within the meaning of F.S. §760.10(1)(a).

60.     At all times material to this action, HARRAR has been an aggrieved person within the meaning of F.S. §760.02(10).

61.     When HARRAR opposed, objected to, and complained about religious discrimination by Juliette Arouh—including but not necessarily limited to (i) when HARRAR objected to CERTIFIED FOOT & ANKLE SPECIALISTS' December 11, 2020 warning; (ii) HARRAR's January 7, 2021 verbal complaint; (iii) HARRAR's January 8, 2021 written complaint; (iv) HARRAR's opposition and objection to Defendants' February 11, 2021 warning; and (v) HARRAR's February 18, 2021 e-mail following up on his January 2021 complaints—HARRAR engaged in protected activity within the meaning of F.S. §760.10(7).

62.     HARRAR reasonably and in good faith believed that Juliette Arouh was subjecting Plaintiff to illegal discrimination because of his religion, Jewish, when HARRAR

complained to CERTIFIED FOOT & ANKLE SPECIALISTS' management in January 2021 and February 2021.

63.     The fact that HARRAR engaged in activity protected by the FCRA was a motivating factor in CERTIFIED FOOT & ANKLE SPECIALISTS' termination of Plaintiff's employment on February 18, 2021, in violation of the FCRA, F.S. §760.10(7).

64.     CERTIFIED FOOT & ANKLE SPECIALISTS' termination of HARRAR's employment in the late afternoon of February 18, 2021—just a few hours after HARRAR's final e-mail to Lopez about the status of his internal discrimination complaint was submitted to Defendants—because of HARRAR's good faith religious discrimination complaints to CERTIFIED FOOT & ANKLE SPECIALISTS' management was unlawful retaliation against HARRAR in violation of F.S. §760.10(7).

65.     The reasons relied upon by CERTIFIED FOOT & ANKLE SPECIALISTS for terminating HARRAR's employment were false and known to be false by Defendants at the time of Plaintiff's termination and instead were a pretext for unlawful retaliation against HARRAR in violation of F.S. §760.10(7).

66.     CERTIFIED FOOT & ANKLE SPECIALISTS' violations of §760.10 were intentional and were done with malice and reckless disregard for HARRAR's rights as guaranteed under the laws of the State of Florida through the Florida Civil Rights Act, such that HARRAR is entitled to punitive damages against HARRAR pursuant to F.S. §760.11(5).

67.     HARRAR has suffered lost earnings, emotional distress, loss of self-esteem, and damages as a direct result of CERTIFIED FOOT & ANKLE SPECIALISTS' violations of F.S. §760.10(7).

68.     Pursuant to F.S. §760.11(5), HARRAR is entitled to recover his reasonable attorneys' fees and costs from CERTIFIED FOOT & ANKLE SPECIALISTS as a result of Defendants' violations of the FCRA.

WHEREFORE, Plaintiff, ABRAHAM HARRAR, demands judgment against Defendants, jointly and severally, CERTIFIED FOOT & ANKLE SPECIALISTS LLC and MULTI-SPECIALTY PHYSICIAN SERVICES LLC, for back pay, employment benefits, other compensation including bonuses, compensatory damages, equitable relief including but not limited to front pay, injunctive relief, interest, attorney's fees, costs, expert fees and such other and further relief as the Court deems proper.

## JURY TRIAL DEMAND

Plaintiff, ABRAHAM HARRAR, demands trial by jury on all issues so triable.


Dated:  January 4, 2022                    Respectfully submitted,

                            By:     **KEITH M. STERN**
                                    Keith M. Stern, Esquire
                                    Florida Bar No. 321000
                                    E-mail:  employlaw@keithstern.com
                                    LAW OFFICE OF KEITH M. STERN, P.A.
                                    80 S.W. 8th Street, Suite 2000
                                    Miami, Florida 33130
                                    Telephone:  (305) 901-1379
                                    Fax:  (561) 288-9031
                                    Attorneys for Plaintiff

# EXHIBIT A



**CERTIFIED**
# FOOT & ANKLE
**SPECIALISTS, LLC.**

### Employee Disciplinary Action Form

**Employee:** Abraham Harrar

**Date: 12/11/20**

**Department:** Ultrasound Tech

**TYPE of VIOLATION:** ☐Attendance  ☐Carelessness  ☐Disobedience  ☐Work Quality
☐Tardiness  ☐Other_____

Type: ☐Verbal Warning  ☒Written Warning  ☐Suspension

---

**Employer Statement:**

**Areas of Concern:**

Today Abraham was addressed for the following issues:

1.  It has been brought to your attention that you're not showing up to work on time.
    Example if a patient has an appointment at 8:00am your required to be at work and setup
    by 7:45am.  Patients are not to be kept waiting past their appointment time.

**Expectations:**

Abraham is expected to be on time (15mins before scheduled patient).

WARNING DECISION: This is a verbal warning. If behavior continues a final written warning
may be issued that could lead up to termination.

**Employee Statement:**

---

**PREVIOUS WARNING:**

Type: ☐Verbal  ☐Written  ☐Suspension

---

**Preparer:** Anita Lopez – Human Resources Administrator

| | |
|---|---|
| _Anita Lopez_ | ___12/11/20___ |
| Employee Signature | Date |

| | |
|---|---|
| _____ | ___12/11/20___ |
| Dept. Supervisor | Date |

# EXHIBIT B

Anita,

As discussed today, I was supposed to send you in writing my concerns regarding issues taking place with Juliet, to say the least i'm a bit confused as to the instructions being provided by Juliet, multiple times I have asked her questions and I have never received a concise response to any of them. I clearly understand that my hours are supposed to be building up from the 32 to the 40, however how am I supposed to know when those 40 hours commence if no one has told me, "Ok Abraham starting today you will be a 40 hour a week employee". Am I just to guess what week you guys have in mind for me to begin working the 40 hours? I don't have any knowledge of the budget and it is not up-to me to decide if Dr. Kinmon can afford to have me in the office without me having any patients to scan.So, on the night before yesterday which was the 5th of January I approached Juliet right before leaving at 5pm regarding the following day as I had no patients in the schedule, when I approached her and asked what she wanted me to do as the schedule was clear, she stared at me completely blank and asks, as if she did not know, "really you have no patients tomorrow?" they didn't book you again?", to which I replied "no, they didn't book me ,what should I do ?" She then says, I'll call you tonight and let you know. This same night since I did not hear back from Juliet I texted her, "Hi Juliet, I just want to be clear, should I come in either way tomorrow, not sure if Anita is asking me to come in the whole day when  I have 1or 2 patients and also on the days  I have none or even a few in order to complete my 32 hours, please advise".She then tells me that she had so much going on that day at work  that she had forgotten to  to tell me that you wanted me in the office at all times so that they can add last minute ultrasounds, she stated that if I had reports , maybe i could come in to work on them. Now Juliet is supposed to be my supervisor, yet I continue to receive calls from you, giving me lectures on things that Juliet has never brought to my attention, why is this?  she's clearly not able to transmit any information she feels I need to know or should follow, she continuously complains about what I do wrong but never gives proper direction or instruction. She is absolutely the most unprofessional supervisor I've ever had, from her way of speaking to staff and patients, to trying to ridicule them and going as far as mocking someone by using a stereotype about their religion. If she is our supervisor she needs at least **basic** training on how she should be conducting herself. I will

continue to come in the 40 hours a week  from 8:30 am to 5pm even on days without patients, unless I am instructed in writing not to do so. I will do my reports as per usual when i do not have patients and will call past patients to reschedule.

Please let me know when we can discuss this further.

Abraham Harrar

# EXHIBIT C

**From:** Abraham Harrar
**Sent:** Monday, January 25, 2021 10:20:14 AM
**To:** Anita Lopez <alopez@certifiedfoot.com>
**Subject:** RE: Payroll

Hello,
I was not told that. Juliette had approved me working from home since the beginning to do the reports and had even logged in my hours when needed. ( Another miscommunication…) . I am no longer doing the reports from home since Janice has advised not to do so. However, I would like to be paid for the 1.5 hours since I worked them before I was advised of anything.

Thank you

---

**From:** Anita Lopez <alopez@certifiedfoot.com>
**Sent:** Monday, January 25, 2021 10:17 AM
**To:** Abraham Harrar <aharrar@certifiedfoot.com>
**Cc:** Juliette Arouh <jarouh@certifiedfoot.com>
**Subject:** RE: Payroll

Hello Abraham, you're not supposed to be working from home unless it was approved.  No employees work from home.  Your IP address is not set up in Paymaster to work from home.

Anita Lopez
HR Administrator / Executive Assistant

---

**From:** Abraham Harrar <aharrar@certifiedfoot.com>
**Sent:** Monday, January 25, 2021 9:36 AM
**To:** Anita Lopez <alopez@certifiedfoot.com>
**Subject:** RE: Payroll

It does not let me clock in and out from home.

---

**From:** Anita Lopez <alopez@certifiedfoot.com>
**Sent:** Saturday, January 23, 2021 9:59 AM
**To:** Abraham Harrar <aharrar@certifiedfoot.com>
**Subject:** Re: Payroll

Did you clock in and out?

Anita Lopez
HR Administrator/Executive Assistant
Certified Foot and Ankle Specialists
Cell: 561-232-4527
Email: alopez@certifiedfoot.com

---

**From:** Abraham Harrar <aharrar@certifiedfoot.com>
**Sent:** Friday, January 22, 2021 7:56:39 PM
**To:** Anita Lopez <alopez@certifiedfoot.com>
**Subject:** Payroll

Hi Anita, how are you?
Please when you get a chance add the 1.5 hours from last Saturday that I did reports. I left it in the notes in paymaster.

Thank you
Get Outlook for iOS

This email and its attachments may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of Certified Foot & Ankle Specialist and the recipient(s) named above. If you are not the recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at 855-917-8953 and permanently delete this email and any attachments.

This email and its attachments may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of Certified Foot & Ankle Specialist and the recipient(s) named above. If you are not the recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at 855-917-8953 and permanently delete this email and any attachments.

This email and its attachments may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of Certified Foot & Ankle Specialist and the recipient(s) named above. If you are not the recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at 855-917-8953 and permanently delete this email and any attachments.

This email and its attachments may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of Certified Foot & Ankle Specialist and the recipient(s) named above. If you are not the recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at 855-917-8953 and permanently delete this email and any attachments.

This email and its attachments may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of Certified Foot & Ankle Specialist and the recipient(s) named above. If you are not the recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at 855-917-8953 and permanently delete this email and any attachments.

# EXHIBIT D



### CERTIFIED
# FOOT & ANKLE
### SPECIALISTS, LLC.

**Employee Disciplinary Action Form**

**Employee:** Abraham Harrar

**Date:** 02/11/21

**Department:** Ultrasound Tech

**TYPE of VIOLATION:** ☐Attendance  ☐Carelessness  ☒Disobedience  ☐Work Quality
☒Tardiness  ☒Other __Violating Policy__

Type:  ☐Verbal Warning  ☒ Final Written Warning  ☐Suspension

---

**Employer Statement:**

**Areas of Concern:**

Today Abraham was addressed for the following issues:  This will be your final warning.

1. No employee is to work overtime without getting it approved in advance.  You violated policy by working over 4hrs of overtime without getting it approved.
2. Not showing up on time for work in other offices and remaining present throughout shift.
3. Talking to others with disrespect and resisting instructions is unacceptable.

**WARNING DECISION:** This is a final written warning. If behavior continues final outcome will be a termination.

**Employee Statement:** *I decline to sign this form as there is clearly a lack of communication. No written nor verbal warnings have been issued before.*

**PREVIOUS WARNING:**

Type:  ☐Verbal  ☒Written  ☐Suspension

---

*Calendar/schedule again provided today. Will improve communication on both sides*

**Preparer:** Anita Lopez – Human Resources Administrator

_____        __02/11/21__         _____        _____
Employee Signature                 Date                      Dept. Supervisor                      Date

### ABRAHAM ULTRASONOGRAPHER SCHEDULE

| | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| TOTAL HRS | 8:15am-5:00pm | 8:15am-5:00pm | 8:15am-5:00pm | 8:15am-5:15pm | 8:00am-4:45pm |
| AM | Boca | Boca | WPB/PC | Boynton Beach | Imperial Point |
| | 8:30am-9:15am | 8:30am-9:15am | 8:30am-9:15am | 8:30am-9:15am | 8:00am-8:45am |
| | 9:15am-10:00am | 9:15am-10:00am | 9:15am-10:00am | 9:15am-10:00am | 8:45am-9:30am |
| | 10:00am-10:45am | 10:00am-10:45am | 10:00am-10:45am | 10:00am-10:45am | 9:30am-10:15am |
| | 10:45am-11:30am | 10:45am-11:30am | 10:45am-11:30am | 10:45am-11:30am | 10:15am-11:00am |
| | 11:30-12:15pm | 11:30-12:15pm | 11:30-12:15pm | 11:30-12:15pm | 11:00am-11:45am |
| Lunch | 12:15PM - 1:15PM | 12:15PM - 1:15PM | 12:30pm-1:30pm | 12:15pm-1:15pm | 12:00pm – 1:00pm |
| PM | Boca | Boca | Coral Springs | Boca | Imperial Point |
| | 1:15pm-2:00pm | 1:15pm-2:00pm | 2:00pm-2:45pm | 1:30pm-2:15pm | 1:00pm-1:45pm |
| | 2:00pm-2:45pm | 2:00pm-2:45pm | 2:45pm-3:30pm | 2:15pm-3:00pm | 1:45pm-2:30pm |
| | 2:45pm-3:30pm | 2:45pm-3:30pm | 3:30pm-4:15pm | 3:00pm-3:45pm | 2:30pm-3:15pm |
| | 3:30pm-4:15pm | 3:30pm-4:15pm | 4:15pm-5:00pm | 3:45pm-4:30pm | 3:15pm-4:00pm |
| | 4:15pm-5:00pm | 4:15pm-5:00pm | | 4:30pm-5:15pm | 4:00pm-4:45pm |

*The Ultrasonographer is a professional caregiver who is responsible for his/her schedule of patients.

**The Ultrasonographer is expected to be present inside the designated office during the above times, regardless of patient schedule.

***If the there is no patient scheduled during a given time slot, the sonographer will remain present so that new patients may be added, and to catch up on paperwork, billing form submission, uploading images, and calling patients to schedule ultrasounds from previous schedules and questionnaires.

**Colleen Flynn**

| | |
|---|---|
| **From:** | Abraham Harrar <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+ 20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN= 0EDD30D752F1442B91F59467B2583DBB-AHARRAR@namprd08.prod.outlook.com> |
| **Sent:** | Thursday, February 11, 2021 4:03 PM |
| **To:** | Anita Lopez |
| **Subject:** | Re: WRITEUP |

I understand. I did not mean to sign it. I thought that I was signing the fact that we had a meeting.  I did not carefully read it.. I am not willing to sign anything for things stated which are not true. I have never been late to work. The being there 15 minutes prior was never mentioned to me either verbally nor in writing until Juliette brought me that form to sign.. I have never spoken to others disrespectfully and I have always remained in the offices throughout my shifts and have the means to prove so. Issuing a warning does not mean that what is stated is true nor do I have to agree with it. I will continue to follow the schedule as discussed with Dr. Kinmon.  Dr. Kinmon was present when I refused to sign.


Regards
Abraham


Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Anita Lopez <alopez@certifiedfoot.com>
**Sent:** Thursday, February 11, 2021 3:50:15 PM
**To:** Abraham Harrar <aharrar@certifiedfoot.com>
**Subject:** WRITEUP

Hello Abraham.  Natalia just brought me back the forms and you stated on them that you never received a written warning.  You did receive one back on 12/11/20 that you signed and it was discussed with you by Juliette about being late to work.  See attached.

Any questions please let me know.

Anita Lopez
HR Administrator / Executive Assistant

This email and its attachments may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of Certified Foot & Ankle Specialist and the recipient(s) named above. If you are not the recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at 855-917-8953 and permanently delete this email and any attachments.
This email and its attachments may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of Certified Foot & Ankle Specialist and the recipient(s) named above. If you are not the recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at 855-917-8953 and permanently delete this email and any attachments.

# EXHIBIT E

**From:** Abraham Harrar
**Sent:** Thursday, February 18, 2021 2:41:57 PM
**To:** Anita Lopez <alopez@certifiedfoot.com>
**Subject:** Follow up

Anita, please advise me of the status of my complaint a month ago in regards to Juliette.

Thank you

Sent from my T-Mobile 5G Device
Get [Outlook for Android](Outlook for Android)

This email and its attachments may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of Certified Foot & Ankle Specialist and the recipient(s) named above. If you are not the recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at 855-917-8953 and permanently delete this email and any attachments.

# EXHIBIT F



### CERTIFIED
# FOOT & ANKLE
SPECIALISTS, LLC.

## FINAL

### Employee Disciplinary Action Form

**Employee:** Abraham Harrar

**Date:** 02/18/21

**Department:** Ultrasound Tech

**TYPE of VIOLATION:** ☐Attendance ☐Carelessness ☐Disobedience ☒Work Quality   ☒Tardiness ☒Other___Failure to Follow Written Instructions and Policies___

**Type:** ☐Verbal Warning  ☒ Final Written Warning  ☐Suspension  **X Termination**

---

**Employer Statement:**

**Areas of Concern:**

Today Abraham was addressed for the following issues:

1. It has been brought to your attention on the last written warning dated 02/11/21 that you've not been present when needed during your scheduled time in the office(s). Dr. Kinmon needed an Ultrasound done today during your scheduled time to be in the office but you had left the office without telling the doctor. Further, there was no noticed conveyed ahead of time that you were running behind. Communication is key if you're late coming from another office and every effort should be made to be present in the given office, according to the written schedule which was acknowledged and agreed upon.
2. You're are not managing your time properly according to your schedule, which results in late lunches.
3. You did 3-scans today but only turned in 2-superbills.
4. You did scans on 02/17/21 in West Palm and Coral Springs but left no superbills.

**Expectations:**

Abraham is expected to communicate whenever he leaves building if his schedule is behind. Eating lunch in the office, or stopping to eat between lunches, may be helpful due to time constraints and to ensure presence during scheduled hours.

Must manage assigned schedule.

Must turn in superbills everyday for every scan taken.

WARNING DECISION: The last disciplinary action was to the be the final written warning and further violations were to result in termination.

**Employee Statement:**

---

**PREVIOUS WARNING:**

Type: ☐Verbal  ☒Written  ☐Suspension

---

**Preparer:** Anita Lopez – Human Resources Administrator

_____    02/18/21    _____    2/18/2021
Employee Signature           Date         Dept. Supervisor           Date

# EXHIBIT G

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2021-04240 |

| Florida Commission on Human Relations | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(Indicate Mr., Ms., Mrs.)*<br>Abraham Harrar | Home Phone *(Incl. Area Code)*<br>███████ | Date of Birth<br>███████ |
|---|---|---|
| Street Address<br>███████ | City, State and ZIP Code<br>███████ | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two are named, list under PARTICULARS below.*)

| Name<br>Certified Foot & Ankle Specialists LLC & Multi-Specialty Physician Services LLC | No. Employees, Members<br>15+ | Phone No. (Incl. Area Code)<br>(561) 995-0229 |
|---|---|---|
| Street Address<br>4731 W. Atlantic Avenue, Suite 20 | City, State and ZIP Code<br>Delray Beach, Florida 33445 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest        Latest<br>Feb 18, 2021<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I am a Jewish individual and was employed by Respondents between approximately October 2020 and February 2021 as a vascular ultrasound sonographer at Respondents' locations Boca Raton, Coral Springs, Fort Lauderdale, West Palm Beach, Boynton Beach, and Palm City, Florida.

Throughout the course of my employment with Respondents, Juliette Arouh, Respondents' Supervisor, frequently made disparaging statements about Jewish people and subjected me to harassment and disparate treatment because of my Jewish religion, including but not limited to Ms. Arouh falsely accusing me of not completing a number of assigned tasks—which conduct by Ms. Arouh was a pretext for unlawful religious discrimination against me because I am Jewish. On or around January 7, 2021, I first complained to Respondents' Human Resources Manager, Anita Lopez, about discrimination by Ms. Arouh because of my Jewish religion.  However, Respondents failed to take remedial action to address Ms. Arouh's discriminatory conduct and religious discrimination against me.

Instead, following additional discrimination complaints I made to Respondents between January 2021 and February--both in writing and verbally--Respondents subjected me to further discrimination as well as retaliation culminating in Respondents terminating my employment on or around February 18, 2021. In this regard, the proffered reasons asserted by Respondents in February 2021 for disciplining me and terminating my employment were that I purportedly did not manage my schedule or turn in paperwork properly, which reasons were false and a pretext for unlawful religious discrimination and retaliation against me in violation of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State or Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 05/14/2021<br>——————<br>Date      *Abraham Harrar (May 14, 2021 10:18 EDT)*<br>*Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC-MDO
Received 05/14/2021

# EXHIBIT H

EEOC Form 161-B (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: **Abraham Harrar**

████████████████

From: **Miami District Office**
**Miami Tower, 100 S E 2nd Street**
**Suite 1500**
**Miami, FL 33131**

| | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | **Mario R. Hernandez,** | |
| **510-2021-04240** | **Investigator** | **(786) 648-5841** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge.  It has been issued at your request.  Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

| [ ] | More than 180 days have passed since the filing of this charge. |
| [X] | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| [X] | The EEOC is terminating its processing of this charge. |
| [ ] | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge.  In this regard, **the paragraph marked below applies to your case:**

| [ ] | The EEOC is closing your case.  Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice.  Otherwise, your right to sue based on the above-numbered charge will be lost. |
| [ ] | The EEOC is continuing its handling of your ADEA case.  However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.)  EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Jacqueline Gabriel for*

**Paul Valenti,**
**District Director**

10/08/2021
*(Date Issued)*

Enclosures(s)

cc:
**Respondent's Representative**
**Certified Foot & Ankle Specialists, LLC**
**& Multi-Specialty Physican Services, LLC**
**c/o Colleen M. Flynn, Esq.**
**Johnson Pope Bokor Ruppel & Burns, LLP**
**911 Chestnut St.**
**Clearwater, FL 33756**

**Charging Party's Representative**
**Keith M. Stern, Esq.**
**LAW OFFICE OF KEITH M. STERN, P.A.**
**80 S.W. 8th Street, Suite 2000**
**Miami, FL 33130**

Enclosure with EEOC
Form 161-B (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*